IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Professional LED Lighting, Ltd., | ) | |
| | ) | Case No. 1:14-cv-02440 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Honorable Amy J St. Eve |
| | ) | |
| Aadyn Technology, LLC, | ) | |
| Frank Gallagher, Marc Kaye, and | ) | |
| Walter Lefler | ) | |
| | ) | |
| Defendants. | ) | |

**INITIAL STATUS REPORT**

**1.     NATURE OF THE CASE**

Attorneys of Record. Plaintiff's attorney of record is Delaney Law, PC and William Delaney is the lead trial attorney. Defendants have yet to file an appearance. All named Defendants were served with summons and complaint on or about April 24-26, 2014. Plaintiff's attorney has communicated with an attorney purporting to represent all named Defendants in the instant matter, but said attorney has yet to file an appearance to confirm his representation of all named Defendants. During the communication, the attorney purporting to represent all named Defendants requested additional time to respond to Plaintiff's Complaint, and the attorneys reached an agreement for Defendants' to respond to Plaintiff's Complaint by June 13, 2014.

Basis of Federal Jurisdiction. This Court has federal subject matter jurisdiction under the Copyright Act of 1976, 17 U.S.C § 101, *et seq*. This Court also has supplemental jurisdiction over all other claims asserted herein pursuant to 28 U.S.C. § 1367 because those claims are so related to the claims brought under the Copyright Act so as to form part of the same case or controversy. This Court also has diversity jurisdiction pursuant to 28 U.S.C § 1332.

Plaintiff's Claims. Product Productions, Inc. ("PPI"), had copyright and other claims against Aadyn but assigned its chose in action to Pro LED and is not a plaintiff. Pro LED alleges that PPI created certain copyrighted audio visual works which Aadyn used and displayed on its website and other web properties without license or permission and continued to use and display after receiving notice of infringement. Pro LED further alleges that Defendants Frank Gallagher ("Gallagher"), Mark Kaye ("Kaye") and Walter Lefler ("Lefler"), all of whom are officers of Aadyn, fraudulently induced PPI as part of a civil conspiracy to create the audio visual works for the benefit of Aadyn. Pro LED alleges that Gallagher, Kaye and Lefler repeatedly represented to PPI that it would be compensated for producing the videos when Aadyn turned a profit and that

PPI relied on such representations in creating numerous audio visual works over a period of time, which Aadyn continuously accepted, used and displayed. Pro LED alleges that Aadyn has not made good on its representations to compensate PPI, despite having turned a profit, that Aadyn never intended to make good on its representations, and that Aadyn has been unjustly enriched by the value of PPI's time, labor and expense in creating the audio visual works.

Phil Contursi ("Contursi") also had claims against Aadyn but assigned its chose in action to Pro LED and is not a plaintiff. Pro LED alleges that Defendants Gallagher, Kaye and Lefler fraudulently induced Contursi as part of a civil conspiracy to provide business advice and consultation for the benefit of Aadyn. Pro LED alleges that Gallagher, Kaye and Lefler repeatedly represented to Contursi that he would be compensated for his services when Aadyn turned a profit and that Contursi relied on such representations in providing business advice and consultation for over two years. Pro LED alleges that Aadyn has not made good on its representations to compensate Contursi, despite having turned a profit, that Aadyn never intended to make good on its representations, and that Aadyn has been unjustly enriched by the value of business advice and consultation it received.

Pro LED also alleges that Aadyn has failed to compensate Pro LED for commissions it has earned pursuant to a non-exclusive agreement and in breach of such agreement.

Major Legal Issues. To be determined when Defendants have an appearance on file and respond to Plaintiff's Complaint.

Major Factual Issues. To be determined when Defendants have an appearance on file and respond to Plaintiff's Complaint.

Relief Sought by Plaintiff. Pro LED seeks actual or statutory damages for wilful copyright infringement and an injunction enjoining any further use or display of the copyrighted audio visual works without license or permission, compensatory and punitive damages, and pre-judgment and post-judgment interest, and attorney's fees and costs. Pro LED has not, as yet, ascertained its damages.

2. **PENDING MOTIONS AND CASE PLAN**

Pending Motions. None at this time.

General Type of Discovery Needed. Written and oral fact discovery.

Date for Rule 26(a)(1) Disclosures. To be determined when Defendants have an appearance on file and respond to Plaintiff's Complaint.

Date to Issue Written Discovery. To be determined when Defendants have an appearance on file and respond to Plaintiff's Complaint.

Fact Discovery Completion Date. To be determined when Defendants have an appearance on file and respond to Plaintiff's Complaint.

Expert Discovery Completion Date. To be determined when Defendants have an appearance on file.

Dispositive Motions. To be determined when Defendants have an appearance on file and respond to Plaintiff's Complaint.

3. **CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE**

To be determined when Defendants have an appearance on file and respond to Plaintiff's Complaint.

4. **STATUS OF SETTLEMENT DISCUSSIONS**

Settlement discussions have yet to occur. Plaintiff's attorney intends to engage in settlement discussions when Defendants have an appearance on file and respond to Plaintiff's Complaint.

Respectfully Submitted,

/s/ William Delaney
William Delaney
Delaney Law, PC
444 N. Wabash Ave, Ste 300
Chicago, Illinois 60611
(312) 276-0263
bill@delaney-law.com

*An Attorney for Plaintiff*