IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Professional LED Lighting, Ltd.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Aadyn Technology, LLC; Frank Gallagher; Marc Kaye; and Walter Lefler,<br><br>　　　　　　Defendants. | Civil Action No. 14-cv-02440<br><br>Judge Amy J. St. Eve<br><br>Magistrate Judge Jeffrey Cole |

**CERTIFICATION OF DARTH M. NEWMAN, ESQUIRE**

I, Darth M. Newman, Esquire, being of full age, hereby certify as follows:

1.　I am an attorney at law and am licensed to practice in the State of New Jersey and the Commonwealth of Pennsylvania. I am an associate at the law firm of Archer & Greiner, P.C. of counsel for Defendants Aadyn Technology, LLC, Frank Gallagher, Marc Kaye, and Walter Lefler and provide this Certification based upon my own personal knowledge.

2.　Attached to this certification is a true and correct copy of the following document:

　　a. Exhibit A – Copy of an email reporting copyright registration status for Product Productions, Inc. from the United States Copyright Office.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DARTH M. NEWMAN

Dated: June 12, 2014

11183493v1

**Newman, Darth M.**

| | |
|---|---|
| **From:** | ILS System [voyager@sun21.loc.gov] |
| **Sent:** | Thursday, June 12, 2014 4:34 PM |
| **To:** | Newman, Darth M. |
| **Subject:** | Copyright catalog Left Anchored Name Search for product productions inc |

```
Type of Work:      Motion Picture

Registration Number / Date:
                   PA0001887622 / 2014-04-03

Application Title: Eco Punch 5600 Light Tower, et al.

Title:             Eco Punch 5600 Light Tower, et al.

Description:       Electronic Deposit.

Copyright Claimant:
                   Product Productions Inc.

Date of Creation:  2011

Date of Publication:
                   2011-12-06

Nation of First Publication:
                   United States

Authorship on Application:
                   Product Productions Inc., employer for hire; Domicile:
                      United States; Citizenship: United States. Authorship:
                      entire motion picture.

Rights and Permissions:
                   Product Productions Inc., 1806 W. Grand Ave, Chicago, IL,
                      60622, United States

Names:             Product Productions Inc.

================================================================================


Type of Work:      Motion Picture

Registration Number / Date:
                   PA0001887646 / 2014-04-03

Application Title: Eco Punch 5600 used at Univision National Broadcasting.

Title:             Eco Punch 5600 used at Univision National Broadcasting.

Description:       Electronic Deposit.

Copyright Claimant:
                   Product Productions Inc.
```

1

Exhibit A to Newman Certification

```
Date of Creation:   2011

Date of Publication:
                    2011-12-13

Nation of First Publication:
                    United States

Authorship on Application:
                    Product Productions Inc., employer for hire; Domicile:
                        United States; Citizenship: United States. Authorship:
                        entire motion picture.

Pre-existing Material:
                    preexisting music.

Basis of Claim:     all other cinematographic material, additional new footage,
                        production as a motion picture, revisions/additions to
                        script, editing.

Rights and Permissions:
                    Product Productions Inc., 1806 W. Grand Ave, Chicago, IL,
                        60622, United States

Names:              Product Productions Inc.

===============================================================================


Type of Work:       Motion Picture

Registration Number / Date:
                    PA0001887620 / 2014-04-03

Application Title: Eco Punch Plus vs. 2500W HMI.

Title:              Eco Punch Plus vs. 2500W HMI.

Description:        Electronic Deposit.

Copyright Claimant:
                    Product Productions Inc.

Date of Creation:   2012

Date of Publication:
                    2012-04-24

Nation of First Publication:
                    United States

Authorship on Application:
                    Product Productions Inc., employer for hire; Domicile:
                        United States; Citizenship: United States. Authorship:
                        entire motion picture.
```

2

```
Rights and Permissions:
                Product Productions Inc., 1806 W. Grand Ave, Chicago, IL,
                    60622, United States

Names:          Product Productions Inc.

================================================================================


Type of Work:   Motion Picture

Registration Number / Date:
                PA0001887400 / 2014-04-03

Application Title: Highest Output LED Luminaire.

Title:          Highest Output LED Luminaire.

Description:    Electronic Deposit.

Copyright Claimant:
                Product Productions Inc.

Date of Creation:  2013

Date of Publication:
                2013-03-11

Nation of First Publication:
                United States

Authorship on Application:
                Product Productions Inc., employer for hire; Domicile:
                    United States; Citizenship: United States. Authorship:
                    entire motion picture.

Pre-existing Material:
                preexisting footage.

Basis of Claim: all other cinematographic material, additional new footage,
                    production as a motion picture, revisions/additions to
                    script, editing.

Rights and Permissions:
                Product Productions Inc., 1806 W. Grand Ave, Chicago, IL,
                    60622, United States

Names:          Product Productions Inc.

================================================================================


Type of Work:   Motion Picture

Registration Number / Date:
                PA0001887401 / 2014-04-03
```

3

```
Application Title: LED Punch Plus and Jab Most Powerful LED.

Title:              LED Punch Plus and Jab Most Powerful LED.

Description:        Electronic Deposit.

Copyright Claimant:
                    Product Productions Inc.

Date of Creation:   2012

Date of Publication:
                    2012-05-13

Nation of First Publication:
                    United States

Authorship on Application:
                    Product Productions Inc., employer for hire; Domicile:
                       United States; Citizenship: United States. Authorship:
                       entire motion picture.

Pre-existing Material:
                    preexisting music.

Basis of Claim:     all other cinematographic material, additional new footage,
                       production as a motion picture, revisions/additions to
                       script, editing.

Rights and Permissions:
                    Product Productions, 1806 W. Grand Ave, Chicago, IL, 60622,
                       United States

Names:              Product Productions Inc.

================================================================================


Type of Work:       Motion Picture

Registration Number / Date:
                    PA0001887635 / 2014-04-03

Application Title: Testimonials.

Title:              Testimonials.

Description:        Electronic Deposit.

Copyright Claimant:
                    Product Productions Inc.

Date of Creation:   2013

Date of Publication:
                    2013-05-19
```

4

```
Nation of First Publication:
                United States

Authorship on Application:
                Product Productions Inc., employer for hire; Domicile:
                    United States; Citizenship: United States. Authorship:
                    entire motion picture.

Rights and Permissions:
                Product Productions Inc., 1806 W. Grand Ave, Chicago, IL,
                    60622, United States

Names:          Product Productions Inc.

================================================================================



++++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000
```