IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Professional LED Lighting, Ltd.,

          Plaintiff,

v.

Aadyn Technology, LLC; Frank Gallagher;
Marc Kaye; and Walter Lefler,

          Defendants.

Civil Action No. 14-cv-02440

### AFFIDAVIT OF MARC KAYE

I, Marc Kaye, being duly sworn according to law, depose and hereby state the following:

1. I am a member of Aadyn Technology, LLC ("Aadyn") and have personal knowledge of the facts set forth below.

2. I submit this affidavit in support of Defendants' motion to dismiss the Complaint in this matter.

3. My home address is 1229 SW 87th Terrace, Plantation, Florida 33324.

4. I have never lived in Illinois.

5. I do not now and have never owned or maintained an office in Illinois.

6. I do not now and have never owned or maintained a residence in Illinois.

7. I am not a party to any contract with any entity or individual in Illinois.

8. I do not have any business interests in Illinois.

9. In the past five years, I have only ever been to Illinois on two occasions.

10. On August 25, 2011, I traveled to Chicago to conduct a site visit of PPI to verify compliance with PPI's obligations as a distributor. This visit took two days.

11. In August 2013 I traveled to Chicago to attend the FRI 2013 Fire-Rescue International Show at McCormick Place. While there I spent time talking with Mr. Contursi but the purpose of my visit was to represent Aadyn at the show and staff Aadyn's tradeshow booth.

12. I often communicated via email and phone with Mr. Contursi and, through him, LED and PPI.

13. However, the primary number I have for Mr. Contursi is his cell phone and I know that Mr. Contursi frequently travels out of state. I was often not aware of where Mr. Contursi was located when he communicated with me either by phone or email.

Further affiant sayeth naught.

Dated: June 12, 2014

By: _____
Marc Kaye

Sworn and subscribed to before me on this th day of June 2014.

_____
Notary Public

ILEANA VALLE
MY COMMISSION # FF 111036
EXPIRES: May 23, 2018
Bonded Thru Notary Public Underwriters

11173671v1

2