IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Professional LED Lighting, Ltd., <br><br> Plaintiff, <br><br> v. <br><br> Aadyn Technology, LLC; Frank Gallagher; Marc Kaye; and Walter Lefler, <br><br> Defendants. | Civil Action No. 14-cv-02440 |

## AFFIDAVIT OF FRANK GALLAGHER

I, Frank Gallagher, being duly sworn according to law, depose and hereby state the following:

1. I am a member of Aadyn Technology, LLC ("Aadyn") and have personal knowledge of the facts set forth below.

2. I submit this affidavit in support of Defendants' motion to dismiss the Complaint in this matter.

3. My home address is 9 Powderhorn Road, Ho-Ho-Kus, New Jersey 07423

4. I have never lived in Illinois.

5. I do not now and have never owned or maintained an office in Illinois.

6. I do not now and have never owned or maintained a residence in Illinois.

7. I am not a party to any contract with any entity or individual in Illinois.

8. I do not have any business interests in Illinois.

9. In the past five years, I have only ever been to Illinois on one occasion and I have never traveled to Illinois for the purpose of transacting business with Philip Contursi,

Professional LED Lighting, Ltd. ("LED"), or Product Productions, Inc. ("PPI") the individual and entities which LED alleged have claims against me and the other Defendants in this action.

10. In August 2013 I traveled to Chicago to attend the FRI 2013 Fire-Rescue International Show at McCormick Place. While there I spent time talking with Mr. Contursi but the purpose of my visit was to represent Aadyn at the show and staff Aadyn's tradeshow booth.

11. I have communicated on occasion via email, phone and text messages with Mr. Contursi and, through him, LED and PPI.

12. However, the phone number I have for Mr. Contursi is his cell phone and I know that Mr. Contursi frequently travels out of state. I am often not aware of where he is located when he communicates with me either by phone or email.

Further affiant sayeth naught.

Dated: June 11, 2014

By: _____
Frank Gallagher

Sworn and subscribed to
before me on this 11th day
of June 2014

_____
Notary Public

KAREN STEADMAN
A Notary Public of New Jersey
My Commission Expires May 28 - 2019

11173673v1